UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM,

                            Plaintiffs,

          -v-

BLOOMSYBOX.COM,

                            Defendant.

23 Civ. 10688 (PAE)

ORDER TO STRIKE

---

PAUL A. ENGELMAYER, District Judge:

On January 24, 2024, the Court issued an order to show cause why plaintiff had not moved for default judgment against the defendant, who had not responded yet to the complaint or appeared in the action. Dkt. 11. On the same day, however, defendant filed an answer to the complaint. Dkt. 10. Accordingly, the Court respectfully directs the Clerk of the Court to strike the order filed as docket entry 11 from the docket.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: January 24, 2024
       New York, New York